UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES vs. JOSE ADAMES | CRIMINAL NO. 10-686 (NLH) <br><br> **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |
|---|---|

THIS MATTER having been opened to the court by application of defendant Jose Adames, Edward F. Borden, Jr., Esquire, appearing, to modify the conditions of release that apply to him following his sentencing; and the government and the Office of Pretrial Services having consented to the request; and the court having found that the defendant has generally been compliant with all conditions of release imposed by the court; and the court having determined that the date for the defendant's self-surrender to the Bureau of Prisons will be no earlier than March 24, 2014, following the term of incarceration of Angelita Adames; and the court having determined that home confinement and electronic monitoring are no longer necessary to ensure the defendant's surrender to the Bureau of Prisons when directed; and good cause having otherwise, been shown;

IT IS THIS 30th day of December 201_1_ ordered that:

1. The previously imposed requirements of home confinement and electronic monitoring as conditions of defendant's release be and hereby are vacated.

1

2. The defendant shall continue to comply with all other conditions of release previously imposed.

SO ORDERED.

_Noel L. Hillman_
Noel L. Hillman, U.S.D.J.

CONSENTED TO:

_Matthew T. Smith_
Matthew T. Smith, Esquire
Assistant United States Attorney
Counsel for the United States

_Edward Borden_
Edward F. Borden, Jr., Esquire
Counsel for Jose Adames

2